JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>　　　　Defendant. | Case No. CV 18-06064-DMG (JDE)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: November 30, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　United States District Judge